JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JAMES YATES, JR., | Case No. CV 09-0965-AG (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JAMES YATES, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 28, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE